```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   x
In re GRAND THEFT AUTO VIDEO GAME  x  06 Md. 1739 (SWK)(MHD)
CONSUMER LITIGATION (No. II)       x
                                   x
-----------------------------------X   ORDER
This Document Relates to:          x
              All Actions          x
-----------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

Upon the motion of David Stein ("Stein") and Lawrence W. Schonbrun ("Schonbrun"), co-counsel for the objector, Theodore H. Frank ("Frank"), and for good cause shown, it is hereby ordered that Stein and Schonbrun be withdrawn as Frank's counsel of record in this matter.

SO ORDERED.

/s/ Shirley Wohl Kram
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         June 25, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/25/08